# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S COURTROOM MINUTES |
| v. | MAGISTRATE JUDGE: Mark Falk |
| MORDCHAI FISH | MAGISTRATE NO.: 09-3613-01(MF) 09-3614-01 09-3615-01 |
| PROCEEDINGS: Initial Appearance | DATE OF PROCEEDINGS: 7/23/09 |
| | DATE OF ARREST: 7/23/09 |

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:  ___ AFPD  ___ CJA
(X) WAIVER OF HRG.:  X PRELIM  ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  ___ GUILTY  ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
(X) OTHER  Notice of Appearance – Defense Counsel

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET:  1,000,000
   ( ) UNSECURED BOND
   (X) SURETY BOND SECURED BY CASH / PROPERTY
(X) TRAVEL RESTRICTED  NJ, SDNY, EDNY
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG      DATE: _____
( ) DETENTION / BAIL HRG.           DATE: _____
( ) TRIAL:  ___ COURT  ___ JURY     DATE: _____
( ) SENTENCING                       DATE: _____
( ) OTHER: _____           DATE: _____

APPEARANCES:

AUSA  Mark McCarren/Maureen Nakly

DEFT. COUNSEL  Michael Bachner, Esq.

PROBATION _____

INTERPRETER _____
    Language: ( )

Time Commenced:  5:30
Time Terminated:  5:35
CD No:  09-07

Lorraine McNerney
DEPUTY CLERK