UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

     - against -

MORDCHAI FISH, et. al.,

                Defendants.
----------------------------------------------------------------X

**Mag. Order**

09-3615 (MF)

       This matter having come before the Court on the joint application of Michael F. Bachner, Esq., counsel for the defendant, Mordchai Fish, and upon the **consent** of **Pre-trial Services,** by Barbara Hutchinson, and the **consent of** the **Government,** by AUSA Mark J. McCarren, Esq., for an order modifying the bail requirements of Morton Paneth, a signatory on defendant's $1 million bond, releasing all liens as against Mr. Paneth set forth in his signed confession of judgment, but maintaining a lien against his property located at 1444 53rd Street, Brooklyn, NY.

**IT IS HEREBY ORDERED:**

       That the bail conditions for the defendant, Mordchai Fish, are modified as follows:

The bail obligations of Morton Paneth, a signatory on the defendant's bond, shall be modified to release all liens as against Mr. Paneth set forth in his signed confession of judgment, except that a lien shall be maintained against his property located at 1444 53rd Street, Brooklyn, NY.

All other bail conditions remain the same.

I hereby consent to the entry and
Form of this Order:

AUSA Mark J. MCCarren

Michael F. Bachner, Esq.
Attorney for Defendant

SO ORDERED:

Mag. Judge Mark Falk