UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Mark Falk

v. : Mag. No. 09-3615 (MF)

MORDCHAI FISH, a/k/a "Mordechai :
Fisch," a/k/a "Martin Fisch,"
LAVEL SCHWARTZ, a/k/a "Albert :
Schwartz," ABRAHAM POLLACK and
NAFTOLY WEBER : ORDER FOR CONTINUANCE

    This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Mark J. McCarren, Assistant U.S. Attorney, appearing), and defendants Mordchai Fish (Michael Bachner, Esq., appearing) and Lavel Schwartz (Paul Shechtman, Esq. and Daniel Shapiro, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of approximately thirty (30) days to allow the defendants to review certain discovery, and to allow the parties to undertake any plea negotiations, and the defendants being aware that they have the right to have the matter submitted to a grand jury within thirty days of the date of their arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendants having consented to the continuance and waived such right, and for good cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    (1) The defendants desire time to review certain discovery, and the United States and the defendants desire additional time to undertake any plea negotiations, which would

render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendants have consented to the aforementioned continuance; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

WHEREFORE IT IS on this 22nd day of February 2011,

ORDERED that this action be, and hereby is, continued for a period of approximately 30 days from February 26, 2011, through and including March 28, 2011; and it is further

ORDERED that the period from February 26, 2011, through and including March 28, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974.

---
HONORABLE MARK FALK
United States Magistrate Judge

I hereby consent to the
entry and form of this Order

Paul J. Fishman
United States Attorney

---
Mark J. McCarren
Assistant U.S. Attorney

---
Michael Bachner, Esq.
Counsel for Mordchai Fish

---
Paul Shechtman, Esq.
Counsel for Lavel Schwartz

2