Case 2:09-mj-03615-MF Document 58 Filed 02/28/11 Page 1 of 2 PageID: 140
Case 2:09-mj-03614-MF Document 42 Filed 02/28/11 Page 1 of 2 PageID: 83
Fax sent by: Case 2:09-mj-03615-MF Document 55-1 Filed 02/10/11 Page 1 of 2 PageID: 108    2/3

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
USA

                    Plaintiff,

- against -

MORDCHAI FISH, et. al.,

                    Defendants.
-------------------------------------------------------X

**Mag. Order**
09-3614 -01
09-3615 (MF) -01
09-3613 -01
consent order

Upon the application of Michael F. Bachner, Esq., counsel for the defendant, Mordchai Fish, and upon the **consent** of **Pre-trial Services**, by Anna Lee and Barbara Hutchinson, and by the **Government**, by AUSA Mark J. McCarren, Esq.,

**IT IS HEREBY ORDERED:**

That the bail conditions for the defendant, Mordchai Fish, are modified as follows:

Electronic monitoring shall be immediately removed, and the amount of bail shall be increased from $1 million to $1.3 million. The two properties presently securing the defendant's bail, having been reviewed by Pre-trial Services Officer Hutchinson, and having been

1 | Page

Case 2:09-mj-03615-MF   Document 58   Filed 02/28/11   Page 2 of 2 PageID: 141
Case 2:09-mj-03614-MF   Document 42   Filed 02/28/11   Page 2 of 2 PageID: 84
Fax sent by : Case 2:09-mj-03615-MF   Document 55-1   Filed 02/10/11   Page 2 of 2 PageID: 134   3/3

found to have sufficient equity to secure the $1.3 million bail, no additional security need be posted. All other bail conditions remain the same.

I hereby consent to the entry and
Form of this Order:

*[signature]*

AUSA Mark J. MCCarren

*[signature]*

Michael F. Bachner, Esq.
Attorney for Defendant

SO ORDERED:

*[signature]*

Mag. Judge Mark Falk
2-28-11

2 | Page