UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

- against -

MORDCHAI FISH, et. al.,

                Defendants.
-------------------------------------------------------------X

**Mag. Order**
09-3614 + 09-3613-01
09-3615 (MF) -01

Consent order

This matter having come before the Court on the joint application of Michael F. Bachner, Esq., counsel for the defendant, Mordchai Fish, and upon the **consent** of **Pre-trial Services,** by Barbara Hutchinson, and the **consent of** the **Government,** by AUSA Mark J. McCarren, Esq., for an order clarifying the bail requirements of Morton Paneth, a signatory on defendant's newly set $1.3 million bond.

**IT IS HEREBY ORDERED:**

The $1.3 million bail obligation of Morton Paneth, a signatory on the defendant's bond, shall be limited solely to a lien being maintained by the United States government against Paneth's property located at 1444 53rd Street, Brooklyn, NY. Paneth shall have no other bail obligation.

All other bail conditions remain the same.

I hereby consent to the entry and
Form of this Order:

*[signature]*

AUSA Mark J. MCCarren

*[signature]*

Michael F. Bachner, Esq.
Attorney for Defendant

SO ORDERED:

*[signature]*

Mag. Judge Mark Falk

dated 3/4/11